# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SELETHA B. ALLEN** | **CIVIL ACTION** |
| **VERSUS** | |
| **MANUFACTURERS' ALLIANCE INSURANCE COMPANY, ET AL.** | **NO. 20-00778-BAJ-EWD** |

### RULING AND ORDER

Before the Court is the Magistrate Judge's April 23, 2021 Report and Recommendation (Doc. 14), recommending that the above-captioned action be remanded *sua sponte* to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, due to Defendants' failure to establish that the amount in controversy exceeds the $75,000.00 threshold required for diversity jurisdiction under 28 U.S.C. § 1332. There are no objections to the Magistrate Judge's Report and Recommendation.

Having carefully considered Defendants' removal materials and related filings, including Plaintiff's original state court Petition, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

A judgment will issue separately.

Baton Rouge, Louisiana, this 9th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**